AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Heber Gomez

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:06 M 85M

I, Heber Gomez, charged in a (complaint) (petition) pending in this District with ~~Rhode Island~~ Illegal Reentry After Deportation H.G. in violation of Title 8, U.S.C., 1326(a) and (b)(2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Heber Gomez
Defendant

9/5/06
Date

[signature]
Counsel for Defendant